*E-Filed: May 27, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAROLD SHEEHY, on behalf of himself and other persons similarly situated,<br><br>        Plaintiff,<br>    v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY,<br><br>        Defendant.<br>_____/ | No. C14-01325 HRL<br><br>**ORDER REFERRING CASE TO JUDGE GREWAL FOR RELATED CASE DETERMINATION** |

The instant action is hereby referred to the judge presiding over *Rai v. Santa Clara Valley Transportation Authority*, C12-04344 PSG, for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01325 HRL Notice will be electronically mailed to:**

Benjamin Kerl Lunch     blunch@neyhartlaw.com

Paul D Ahn     paul.ahn@vta.org

**C12-04344 PSG Notice will be electronically mailed to:**

Joseph Patrick Ryan     joseph.ryan@vta.org, paul.ahn@vta.org, valerie.fischer@vta.org

Steven Gregory Tidrick     sgt@tidricklaw.com, admin@tidricklaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**