UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAROLD SHEEHY, | Case No. 5:14-cv-01325-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 27)** |
| SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, | |
| Defendant. | |

Based on the parties' joint case management statement[1] and yesterday's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that within 7 days the parties shall meet and confer on an ADR process.[2]

---

[1] *See* Docket No. 26.

[2] *See* Civ. L.R. 16-8(b) and (c); ADR L.R. 3-5(b)-(d); Docket No. 17.

Case No. 5:14-cv-01325-PSG
CASE MANAGEMENT ORDER
1

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | November 20, 2014 |
| Designation of Experts | December 11, 2014 |
| Expert Discovery Cut-Off | January 23, 2015 |
| Last Day Dispositive Motions Will Be Heard[3] | January 27, 2015 |
| Pre-Trial Conference | March 24, 2015 |
| Jury Trial | June 8, 2015 |

**IT IS SO ORDERED.**

Dated: September 24, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[3] This is the last day that dispositive motions will be heard. Motions must be noticed in compliance with Civil L.R. 7-2(a). *See* Civil L.R. 7-2(a) ("Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion.").

2
Case No. 5:14-cv-01325-PSG
CASE MANAGEMENT ORDER